# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 19, 2010

No. 09-50385
SummaryCalendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LISA ANN CALDERON,

Defendant-Appellant

Appeal from the United States District Court
for Western the District of Texas
USDC No. 5:08-CR-165-5

Before WIENER, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Calderon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Calderon has filed a response. The record is insufficiently developed to allow consideration at this time of Calderon's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell*,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted).  Our independent review of the record, counsel's brief, and Calderon's response discloses no nonfrivolous issue for appeal.  Accordingly, the motion for leave to withdraw is granted, counsel is excused from further responsibilities herein, and the appeal is dismissed.  *See* 5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.